JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

RANDALL HINTON,

                Petitioner,

    v.

BRYAN BIRKHOLTZ, et al.,

                Respondents.

Case No. 2:22-cv-07755-ODW-AFM

**JUDGMENT**

    This matter came before the Court on the Petition of RANDALL HINTON, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

    IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: February 24, 2023

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE